ACCEPTED
04-15-00245-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
5/19/2015 11:54:37 AM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**

Paul Elizondo Tower ◆ 101 W. Nueva St., Suite 310 ◆ San Antonio, TX 78205
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
5/19/2015 11:54:37 AM
KEITH E. HOTTLE
Clerk

May 19, 2015

Honorable Keith E. Hottle, Clerk
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, TX 78205

Re: *Julio Alejandro Zuniga v. The State of Texas*
    Appeal No. 04-15-00245-CR
    Trial Court Case No. 2014CR0936

RESPONSE TO SHOW CAUSE ORDER

Dear Mr. Hottle:

On May 18, 2015, the Court ordered Appellant to show cause in writing why this appeal should not be dismissed for want of jurisdiction. This letter is Appellant's response to that order.

This appeal should not be dismissed.

On October 14, 2014, Appellant was sentenced by the trial court in case number 2014CR0936. The trial court certified that Appellant has the right of appeal. No notice of appeal or motion for new trial was filed within 30 days of sentencing.

Appellant filed a writ under case number 2014CR0936-W1 seeking the right to file an out-of-time notice of appeal in case number 2014CR0936. He was successful. The Court of Criminal Appeals granted relief and directed Appellant to file his notice of appeal with the trial court clerk by May 1, 2015.

On April 20, 2015, Appellant **timely filed** his pro se notice of appeal in case 2014CR0936 (the underlying criminal case). This court assigned Case No. 04-15-00245-CR to the

appeal. The undersigned filed the designation of the record and request for the reporter's record with the clerk of the trial court on April 17, 2015. The clerk's record was filed with this Court on April 28, 2015. The undersigned filed his docketing statement on May 1, 2015.

The Appellant, through undersigned counsel, intends to proceed with this appeal. It **should NOT be dismissed**.

Sincerely,

/s/ Richard B. Dulany, Jr.
RICHARD B. DULANY, JR.
Assistant Public Defender

Cc:    Rico Valdez
       Appellate Chief
       Bexar County District Attorney's Office
       101 W. Nueva St., Suite 710
       San Antonio, TX 78205
       (Via electronic service to Jeanette Canales)